## Commonwealth v. Thomas, Appellant.

Submitted December 6, 1974. *Brian E. Appel,* and *Kleinbard, Bell & Brecker,* for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Trostle, Appellant.

Submitted March 24, 1975. *Joseph W. Mullin,* Public Defender, for appellant; *Richard W. Linton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Tucker, Appellant.

Submitted March 17, 1975. *Kalvin Kahn,* for appellant; *Harry M. Spaeth, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.